

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00071-CV

IN RE ANGELA FREELAND

Original Mandamus Proceeding

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Relator, Angela Freeland, has filed a pro se petition for a writ of mandamus seeking to compel Respondent, the Honorable Crystal Duke, Justice of the Peace for Precinct 2 of Lamar County, "to perform her ministerial duty to file-stamp [Freeland]'s motions and provide . . . stamped copies." The underlying case concerns an eviction.

This Court does not have jurisdiction to issue a writ of mandamus against a justice of the peace unless it is necessary to enforce our jurisdiction in another proceeding. *See* TEX. GOV'T CODE ANN. § 22.221(a)–(b) (Supp.).

Accordingly, we deny Freeland's petition for a writ of mandamus.


Charles van Cleef
Justice

Date Submitted:     August 8, 2025
Date Decided:       August 8, 2025